# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAMARIO KING, et al.** | MJ No. 20-0100-B<br>**USAO NO. 20R00051**<br><br>**Filed *Ex Parte* and Under Seal** |

### UNITED STATES' APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE FEDERAL RETURNS AND RETURN INFORMATION

COMES NOW the United States of America, by and through Richard W. Moore, United States Attorney for the Southern District of Alabama, and Sinan Kalayoglu, Assistant United States Attorney for the Southern District of Alabama, and pursuant to 26 U.S.C. § 6103(i)(1) applies to the Court for an *ex parte* order directing the Internal Revenue Service (IRS) to disclose to the applicant and others hereinafter named tax returns, return information, and other tax financial information regarding the following individuals and entities (the "Subjects") for the taxable periods **2018** through **2020**:

| NAME | SSN | ADDRESS |
|---|---|---|
| Damario KING | | |
| Micheal TROTTER | | |
| Tarun TIWANA | | |
| Sherman KING | | |
| Jessica KING | | |
| | | |
| Raquel LACY | | |
| | | |
| | | |
| Navjit BHULLAR | | |
| | | |
| | | |
| | | |



1



| | |
|---|---|
| Mohammed Zohair ADI | |
| Bricio CONTRERAS | |
| Jaleel KELLY | |
| Noel ARIKE | |
| | |

## Discussion

### A. Summary

The Drug Enforcement Administration ("DEA") and other agencies are investigating a drug and money laundering conspiracy involving the Subjects. As provided below, there is reasonable cause to believe that violations of 18 U.S.C. § 1956(h) (money laundering conspiracy) and 21 U.S.C. § 846 (conspiracy to distribute controlled substances) may have been committed by one or more of the Subjects in the Southern District of Alabama and elsewhere at various times from around 2018 to the present day. All dates, amounts, and locations provided below are approximations.

Damario KING is allegedly part of an organized drug ring that transfers money and drugs between persons in Mobile, Alabama and persons in California, most of whom are in the Sacramento area. The funds being moved consists of proceeds from illegal drug trafficking. The Subjects allegedly use a variety of methods to move criminal proceeds, including: (1) cash deposits in Alabama followed by almost immediate cash withdrawals in California; (2) purchase of money orders/cashier's checks in Alabama payable to members in California; and (3) cash exchanges from small bills,

2

many of which have a strong marijuana odor, to larger bills that do not.

### B. December 2019 traffic stop

On December 3, 2019, a police officer in Prichard, Alabama pulled over a vehicle in Prichard for having a faulty tag on the vehicle. As the officer approached, he could smell marijuana coming from inside the vehicle. The driver, Damario KING, had a revoked driver's license. The passenger, Tarun TIWANA, had a California driver's license. KING gave consent to the officer to search his person and vehicle. KING had $20,581.67 in cash in his pocket. A K9 alerted strongly on the cash. Another government agent searched KING's criminal history, which was extensive for narcotics-related offenses. According to a confidential informant, KING previously arranged for pounds of high-quality marijuana and kilograms of cocaine to be shipped to Mobile County. Later, KING would distribute these drugs in Prichard and throughout Mobile County. Police seized two cell phones from KING and later obtained state warrants to search the phones. One phone contained numerous text messages relating to drug transactions and numerous drug ledgers. Certain messages showed amounts that KING owed and had pictures of marijuana and cocaine, and money balances written down on a sheet of paper. The device also had a picture of a UPS tracking label and tracking number.

### C. Members of the organization in Alabama

(1) Damario KING, SSN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, uses addresses of: 1) ▮▮▮▮▮▮▮▮▮▮; 2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and 3) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bank records show KING's occupation is in the construction and extraction business. KING is listed as a subject in numerous FinCEN reports, both alone and along with Mohammed ADI, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Raquel LACY. In these FinCEN reports, the following is reported: (a) KING has made numerous cash exchanges; (b) KING has deposited cash in

Alabama directly into the accounts of California members; and (c) KING has purchased money orders and cashier's checks payable to California members, some of which KING deposited directly into the California member's account at branches in Alabama. Moreover, as previously indicated, in December 2019 KING was stopped by police in Prichard, AL, at which time a large sum of cash was seized and a cell phone was imaged. A review of the cell phone image shows hundreds of text messages and photos, many of which appear to be related to the buying and selling of marijuana and other illegal drugs. These text messages contain information about bank transactions, product orders and ledgers. There were also photographs of marijuana and a white powdery substance. KING also sent and received text messages regarding travel arrangements. Damario sent and received texts about "getting some smoke," going to the bank and purchasing money orders from ▮▮▮▮-8519 which is a telephone number associated with Tarun TIWANA in FinCEN reporting. KING also sent and received similar text messages with other individuals. In addition, KING is the sole subject in numerous FinCEN reports filed by Mississippi casinos which indicate he inserts large sums of cash into gambling machines and/or deposits it on his player's card. After minimal play, KING redeems these funds into cash which is indicative of using casino activity as a way to conduct cash exchanges undetected by law enforcement.

(2) Michael TROTTER, SSN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, has engaged in cash deposits in Mobile, AL, followed by cash withdrawals in California. Bank records show TROTTER is unemployed. TROTTER has been a subject in multiple FinCEN reports and is known to have made cash deposits to the California-based ▮▮▮▮▮▮▮▮▮▮▮. account at branches in Mobile, AL.

(3) Sherman KING, SSN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, is

4

listed as a subject in numerous FinCEN reports by himself and with Navjit BHULLAR and Jessica KING. Bank records show Sherman is unemployed. KING's address ▮▮▮▮▮▮▮▮, is one of the addresses used by Damario KING. Bank records show Sherman, and his wife Jessica KING, have engaged in cash deposits in Mobile, AL, followed by almost immediate cash withdrawals in California. Bank records also show the purchase of airlines tickets and other expenses related to California travel around the times these transactions occurred.

(4) Jessica KING, SSN: ▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, uses addresses of ▮▮▮▮▮▮ (same as Damario KING and Sherman KING) and ▮▮▮▮▮▮. Bank records show Jessica is unemployed and has been listed as a subject in numerous FinCEN reports by herself and along with Navjit BHULLAR and Sherman KING. Bank records show Jessica, and her husband Sherman KING, engage in cash deposits in Mobile, AL followed by almost immediate cash withdrawals in California. Bank records also show travel between Mobile, AL and California around the dates these transactions occurred.

(5) Jaleel KELLEY, SSN: ▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, has been listed as a subject in numerous FinCEN reports. KELLEY is known to use Wells Fargo account #1449 to conduct transactions representing an unusual interstate movement of funds such as ATM and branch cash deposits in Mobile, AL, South Carolina and California followed by almost immediate cash withdrawals in California. Bank records show KELLEY frequently travels between South Carolina, Mobile, AL and California and he claims to be a student in California. However, KELLEY's bank records show no transactions related to school such as payments for books, lodging or class credits. Additionally, some of the cash deposited by KELLEY smelled strongly of marijuana. FinCEN reporting shows KELLEY has received payments from member Damario KING.

5

Case 1:20-mj-00100-B *SEALED* Document 1 Filed 11/19/20 Page 6 of 12 PageID #: 6

(6) Raquel LACY, SSN: ███████, DOB: ███████, ████████████████████████████, is listed in bank records as unemployed and disabled. LACY has been listed as a subject in numerous FinCEN reports both alone and with subjects Damario KING, Mohammed ADI, ████████ and ████████. LACY is reported to have conducted numerous suspicious transactions involving cash exchanges and the purchase of money orders and cashier's checks. LACY and Damario KING have been reported to be working together in some of these FinCEN reports. Some of the cash used by LACY reportedly had a strong smell of marijuana. LACY is also reported to have purchased cashier's checks in Mobile, AL, which are made payable to California member ████████ Once purchased, Lacy deposited the check(s) directly into the ████████. account at a branch in Alabama.

(7) ████████, SSN: ███████, DOB: ███████, ████████████████████, has been listed as a subject in FinCEN reports along with Tarun TIWANA, Mohammed ADI, ████████, ████████ and ████████. Bank records show ████████' occupation is a plumber in Mobile, AL. ████████ is known to have purchased numerous money orders in Mobile, AL, payable to the California member ████████████ has also purchased official checks payable to California member ████████. All of these checks purchased by ████████ were negotiated in California.

(8) ████████, SSN: ███████, DOB: ███████, ████████████████████, has been listed as a subject in FinCEN reports along with Tarun TIWANA, Mohammed ADI and ████████. In these reports, ████████ reportedly purchased in Alabama numerous U.S. Postal Service (USPS) money orders payable to California member Tarun TIWANA. ████████ has also been known to purchase money orders payable to California member ████████.

6

### D. Members of the organization in California

(9) Navjit BHULLAR, dba HBA ENTEPRISES, INC., is listed as a subject in numerous FinCEN reports along with many of the Alabama members detailed above. Details in the FinCEN reports indicate the following. BHULLAR is listed as the payee on numerous USPS money orders and cashier's checks purchased in Mobile, AL and negotiated in California. BHULLAR's accounts have received numerous cash deposits in Mobile, AL, many of which fall just below the CTR reporting requirements. These deposits are followed by almost immediate cash withdrawals in California. Damario KING's cell phone image contains a text message from ▮▮▮▮ and ▮▮▮▮ stating: "To: HBA INC., ▮▮▮▮ ▮▮▮▮." Based on this, Navjit BHULLAR, owner of HBA ENTERPRISES, INC. may be the subscriber to one of these phone numbers. FinCEN reporting shows numerous transfers between California members HBA ENTERPRISES, LLC and ▮▮▮▮.

(10) ▮▮▮▮, SSN: ▮▮▮▮, DOB: ▮▮▮▮, addresses ▮▮▮▮ and ▮▮▮▮, has received numerous personal checks, cashier's checks and money orders from Alabama members. ▮▮▮▮ shares an address with member Navjit BHULLAR and HBA ENTERPRISES. ▮▮▮▮ is listed as a subject in numerous FinCEN reports along with other members of the organization such as Tarun TIWANA, ▮▮▮▮ and ▮▮▮▮. According to bank records, ▮▮▮▮ is a manager for Trinetra Indian Grocery Store.

(11) Mohammed ADI, SSN: ▮▮▮▮, DOB: ▮▮▮▮, ▮▮▮▮ is the owner of ▮▮▮▮., EIN: ▮▮▮▮, at the same address. ▮▮▮▮ is another California member who also lives at ▮▮▮▮

7

▇ and is a co-signer on the bank accounts of ▇▇▇▇▇. Wells Fargo records show the stated business purpose for ▇▇▇▇ is a remodeling business. The INVESTORS account is known to have multiple cash deposits made across several states which are quickly followed by cash withdrawals in California. For example, between 10/23/19 and 01/22/2020, the INVESTORS account received fourteen cash deposits totaling $101,430.00 in Mobile, AL, Pensacola, FL and California. Identifications for the individuals conducting these deposits show members Damario KING and Michael TROTTER as some of the depositors.

(12) ▇▇▇▇, SSN: ▇▇▇, DOB: ▇▇, ▇▇▇▇, is the sole owner of ▇▇▇▇, EIN: ▇▇▇, which uses the same address. ▇▇▇ and ▇▇▇ have been listed as subjects in numerous FinCEN reports along with other members described above.

### E. Members of the organization who appear to operate in both Alabama and California

(13) Tarun TIWANA, SSN: ▇▇▇, DOB: ▇▇, ▇▇▇▇, was present in the car with Damario KING in December 2019 when money was seized and KING's cell phone was imaged. Bank records list TIWANA's occupation as a convenience store cashier. TIWANA is listed as a subject in numerous FinCEN reports along with ▇▇▇, Mohammed ADI, Navjit BHULLAR, HBA ENTERPRISES, INVESTORS, INC., ▇▇▇, ▇▇▇ and ▇▇▇. In some bank records, TIWANA'S occupation is listed as a student at South Alabama. Records show that TIWANA has deposited large volumes of cash in Mobile, AL which is then withdrawn in California. TIWANA has also reportedly used cash to purchase money orders and cashier's checks in Alabama which are made payable to other members and then negotiated in California. A review of Damario KING's cell phone image shows numerous texts between

8

KING and telephone number telephone number ▮▮▮▮. A FinCEN query shows TIWANA is associated with ▮▮▮▮. In their text messages, KING and TIWANA discuss "getting some smoke", travel arrangements, banking and the purchase of money orders.

(14) ▮▮▮▮, SSN: ▮▮▮▮, DOB: ▮▮▮▮ uses residential addresses of ▮▮▮▮ and ▮▮▮▮. Alabama member Damario KING uses address ▮▮▮▮. California member Navjit BHULLAR uses address ▮▮▮▮. Bank records show ▮▮▮▮ uses non-driver's license CA ID ▮▮▮▮ and owns Regions checking account #6824 entitled in his name. In January 2014, ▮▮▮▮ deposited $18,000.00 cash into his account. This deposit was shortly followed by checks to California member ▮▮▮▮ and his business ▮▮▮▮.

### F. September 2020 traffic stop

On September 22, 2020, law enforcement officials conducted a traffic stop on a vehicle for a traffic violation on U.S. Highway 90 at Bay Bridge Road within Mobile County. Several passengers in the vehicle (e.g., Damario KING) had flown in that day from San Francisco to Pensacola. The driver was identified as ▮▮▮▮.

Deputy Pitzulo detected a faint odor of marijuana when he made initial contact with the driver. Deputy Pitzulo asked Cpl. Kelley to utilize his K9 "Boyd" to conduct a free air sniff around the vehicle. Cpl. Kelley walked up to the Suburban with "Boyd" and asked the passengers to roll their windows up. Once the windows were up, Kelley conducted a "free air" search with "Boyd". Cpl. Kelley advised Deputy Pitzulo that "Boyd" alerted to the rear, lift gate area of the suburban. All the remaining occupants were removed from the vehicle and Cpl. Kelley and Deputy Pitzulo began

to search the vehicle. Upon searching the vehicle, they noticed 6-large suitcases in the rear compartment of the suburban. An initial search of one of the suitcases revealed large packages of marijuana hidden inside the vehicle. The rear passengers of the vehicle were identified as Damario KING, Sherman KING and Michael TROTTER.

TFO Graham and TFO Givens responded to the scene to take possession of the suitcases and to interview the subjects. Upon arrival, TFO Graham observed the rear compartment of the Suburban open with several suitcases inside and another suitcase on the ground. The suitcase on the ground was open and TFO Graham observed clothes inside and a pair of stretchy pants that had marijuana packs stuffed inside them. TFO Graham spoke with ▓▓▓▓▓▓▓, who was standing at the front of the Chevrolet Silverado. ▓▓▓▓▓▓▓ stated that they were on their way back from a trip to California. ▓▓▓▓▓▓▓ stated that she was friends with TROTTER, D. KING and S. KING and that she didn't know anything about the marijuana that was found in the suitcases.

TFO Graham also spoke with Deputy Pitzulo about ▓▓▓▓▓▓▓ statement. ▓▓▓▓▓▓▓ had advised Deputy Pitzulo that he was hired as a Taxi to pick up the group from Pensacola, Florida airport and take them to Prichard, Alabama. TFO Graham took possession of several boarding passes and luggage tags that were found inside the vehicle at the time of the search. ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ were eventually released and D. KING, S. KING and TROTTER were taken to jail for trafficking marijuana. TFO Graham and TFO Givens took possession of the six large suitcases at the traffic stop.

**Reasonable cause**

There is reasonable cause to believe, based upon information gathered during an ongoing law enforcement investigation by the DEA, that violations of 18 U.S.C. § 1956(h) (money laundering conspiracy) and 21 U.S.C. § 846 (conspiracy to distribute controlled substances) may have been

10

committed by one or more of the Subjects in the Southern District of Alabama and elsewhere. There is reasonable cause to believe that the above-described returns and return information may be relevant to a matter relating to the possible violations of said criminal statute. The tax information may assist agents in learning the source and location of criminal proceeds, the names of potential co-conspirators, and if taxable income was being reported or being fraudulently reported.

The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such act. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The United States requests that the Court order the Internal Revenue Service to certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file.

The United States requests that the Court order the Internal Revenue Service to provide any and all income information and records for the above-mentioned subject, independent of whether or not a return was filed, for each year up to and including income information the Internal Revenue Service has on file for the current year. As such, the United States requests a certification from the Internal Revenue Service of the income information it has for each year regarding the subject, independent from the tax return information.

The United States requests that the Court order the Internal Revenue Service to disclose such returns and return information described above as come into possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 (ninety) days thereafter.

The applicant states that he and DEA Task Force Officer Jonathan Graham are personally and directly engaged in investigating this case. The information sought herein is solely for our use for

that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-(1). Richard W. Moore, United States Attorney for the Southern District of Alabama, authorizes the application.

The applicant states that the Subjects of this Application are the subjects of a pending federal criminal investigation in the Southern District of Alabama. Publication of the Application and Order would compromise that investigation and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayer.

The applicant requests that this Court enter an order, *ex parte* and under seal, on this application granting disclosure by the Internal Revenue Service of the returns and return information specified in this application. The applicant requests that this application, and any order resulting therefrom, be sealed pending further order of the Court.

Dated November 18, 2020.

> Respectfully submitted,
> RICHARD W. MOORE
> UNITED STATES ATTORNEY
>
> Sinan Kalayoglu
> Assistant United States Attorney
> United States Attorney's Office
> 63 South Royal Street, Suite 600
> Mobile, Alabama 36602
> Telephone: (251) 441-5845

## AUTHORIZATION FOR EX PARTE APPLICATION

The undersigned, being the United States Attorney for the Southern District of Alabama, pursuant to Title 26, United State Code, Section 6103(i)(1), hereby authorizes the foregoing Application for *Ex Parte* Order for Disclosure of Tax Returns and Return Information.

Dated: 11-12-20

Donna B. Dobbins, FAUSA
for United States Attorney

12